# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------

JONATHAN GABRIELLI, individually and
on behalf of all others similarly situated,

            Plaintiff,

   v.

INSIDER, INC.,

            Defendant.

--------------------------------------------------------

Case No. 1:24-CV-01566-ER

**STIPULATION AND ORDER ON
SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED AND AGREED,** by and among Defendant Insider, Inc.,

the law firm Zwillgen PLLC, and the law firm Baker Hostetler LLP that Baker Hostetler LLP be,

and hereby is, substituted as counsel of record for Defendant Insider, Inc., in place and stead of

Zwillgen PLLC.

BAKER & HOSTETLER LLP

By:   /s/ Robyn M. Feldstein
       Robyn M. Feldstein
       rfeldstein@bakerlaw.com
       45 Rockefeller Plaza
       14th Floor
       New York, NY 10111
       Telephone:  212.589.4200

ZWILLGEN PLLC

By:   _____

Jeffrey Landis
jeff@zwillgen.com
1900 M Street NW, Suite 250
Washington, DC 20036

INSIDER, INC.

By: _____

So Ordered:

_____

U.S.D.J.

4884-0008-3091.3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **STIPULATION AND ORDER ON SUBSTITUTION OF COUNSEL** has been electronically filed with the Court today, causing notice of the same to be served on all counsel of record by operation of the ECF system.

/s/ *Robyn M. Feldstein*
*Counsel for Defendant Insider, Inc.*

4884-0008-3091.3