## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

JONATHAN GABRIELLI, individually and
on behalf of all others similarly situated,

            Plaintiff,

v.

INSIDER, INC.,

            Defendant.

---------------------------------------------------------

Case No. 1:24-CV-01566-ER

**STIPULATION AND ORDER ON
SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED AND AGREED,** by and among Defendant Insider, Inc.,

the law firm Zwillgen PLLC, and the law firm Baker Hostetler LLP that Baker Hostetler LLP be,

and hereby is, substituted as counsel of record for Defendant Insider, Inc., in place and stead of

Zwillgen PLLC.

BAKER & HOSTETLER LLP

By:   /s/ Robyn M. Feldstein
         Robyn M. Feldstein
         rfeldstein@bakerlaw.com
         45 Rockefeller Plaza
         14th Floor
         New York, NY 10111
         Telephone: 212.589.4200

ZWILLGEN PLLC

By:

Jeffrey Landis
jeff@zwillgen.com
1900 M Street NW, Suite 250
Washington, DC 20036

INSIDER, INC.

By: _____

So Ordered:

_____
Edgardo Ramos, U.S.D.J.
Dated: April 29, 2024

4884-0008-3091.3