**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN GABRIELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSIDER, INC.,<br><br>          Defendant. | CASE NO 1:24-CV-01566-ER |

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED**
**CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Defendant Insider, Inc., through their attorneys, Baker & Hostetler LLP, will and do hereby move this Court before the Honorable Edgardo Ramos, United States District Court Judge, at the United States District Court for the New York Southern District, 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, for an Order dismissing Plaintiff's First Amended Class Action Complaint, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on grounds that Plaintiff has failed to state a claim upon which relief can be granted, and granting such other and further relief as the Court may deem just and proper.

Dated: August 1, 2024

Respectfully submitted,

BAKER & HOSTETLER LLP

*/s/ Robyn M. Feldstein*
Robyn M. Feldstein
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Tel: 212.589.4200
rfeldstein@bakerlaw.com

Matthew Pearson (*pro hac vice forthcoming*)
Baker & Hostetler LLP
600 Anton Boulevard
Suite 900
Costa Mesa, CA 92626
Tel: 714.754.6600
mpearson@bakerlaw.com

*Attorneys for Defendants*