**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN GABRIELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSIDER, INC.,<br><br>Defendant. | Case No. 1:24-CV-01566-ER |

**DECLARATION OF ROBYN M. FELDSTEIN IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**

ROBYN M. FELDSTEIN, an attorney duly admitted to practice before this Court, declares the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of this Court and a counsel at the law firm of Baker & Hostetler LLP, attorneys for defendant Insider, Inc. ("Business Insider") in the above-captioned action.

2. I submit this Declaration in support of Business Insider's Motion to Dismiss the First Amended Class Action Complaint in order to put before the Court true and correct copies of the following documents, each of which is publicly filed and accessible online on the Los Angeles Superior Court website, *https://www.lacourt.org/*; the official California Legislative Information website, *https://leginfo.legislature.ca.gov/*; or the United States Department of Justice website, *http://www.justice.gov*, as archived on the Internet Archive, *https://archive.org/*.

3. Exhibit A is a true and correct copy of the Voluntary Dismissal filed in *Licea v. Hickory Farms, LLC*, Case No. 23STCV26148 (Cal. Super. Ct. L.A. Cnty.) on March 25, 2024, reflecting that the Court entered the dismissal on March 27, 2024.

4. Exhibit B is a true and correct copy of the Minute Order sustaining the Demurrer on a cause of action under Section 638.51 of the California Invasion of Privacy Act, Cal. Penal Code § 630 et seq., in *Casillas v. Transitions Optical, Inc*., Case No. 23STCV30742 (Cal. Super. Ct. L.A. Cnty. April 23, 2024).

5. Exhibit C is a true and correct copy of California Assembly Bill No. 929, California 2015-2016 Regular Session.

6. Exhibit D is a true and correct copy of the Senate Committee on Public Safety Bill Analysis of California Assembly Bill No. 929, California 2015-2016 Regular Session.

7. Exhibit E is a true and correct copy of the Assembly Floor Bill Analysis of California Assembly Bill No. 929, California 2015-2016 Regular Session.

8. Exhibit F is a true and correct copy of the U.S. Department of Justice, Computer Crime & Intellectual Property Section's Field Guidance on New Authorities that Relate to Computer Crime and Electronic Evidence Enacted in the USA Patriot Act of 2001 (Nov. 5, 2001), archived on the Internet Archive and available at https://web.archive.org/web/20120309131653/https://www.justice.gov/criminal/cybercrime/PatriotAct.htm.

I, Robyn M. Feldstein, declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2024 in New York, New York.

*/s/Robyn M. Feldstein*_______
ROBYN M. FELDSTEIN