**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN GABRIELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSIDER, INC.,<br><br>Defendant. | Case No. 1:24-CV-01566-ER |

**DECLARATION OF ROBYN M. FELDSTEIN IN SUPPORT OF REPLY TO MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**

ROBYN M. FELDSTEIN, an attorney duly admitted to practice before this Court, declares the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of this Court and a counsel at the law firm of Baker & Hostetler LLP, attorneys for defendant Insider, Inc. ("Business Insider") in the above-captioned action.

2. I submit this Declaration in support of Business Insider's Reply in support of its Motion to Dismiss the First Amended Class Action Complaint in order to put before the Court true and correct copies of the following documents, each of which is publicly filed and accessible online either through PACER, https://pacer.uscourts.gov/, or through the Los Angeles Superior Court's website, https://www.lacourt.org/casesummary/ui/.

3. Exhibit A is a true and correct copy of the Tentative Ruling granting the defendant's Motion to Dismiss in *Hughes v. Vivint, Inc. et al*., Case No. 2:24-cv-03081-GW-KS (C.D. Cal.) that was issued on July 12, 2024.

4. Exhibit B is a true and correct copy of the Minute Order adopting in full the Tentative Ruling granting the defendant's Motion to Dismiss in *Hughes v. Vivint, Inc. et al*., Case No. 2:24-cv-03081-GW-KS (C.D. Cal.) that was issued on August 5, 2024.

5. Exhibit C is a true and correct copy of the Complaint filed by the plaintiff in *Hughes v. Vivint, Inc. et al*., Case No. 2:24-cv-03081-GW-KS (C.D. Cal.) on March 12, 2024.

6. Exhibit D is a true and correct copy of the Amended Complaint filed by the plaintiff in in *Casillas v. Transitions Optical, Inc*., Case No. 23STCV30742 (Cal. Super. Ct. L.A. Cnty.) on May 23. 2024.

I, Robyn M. Feldstein, declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2024 in New York, New York.

*/s/Robyn M. Feldstein*________
ROBYN M. FELDSTEIN