BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Robyn M. Feldstein
direct dial: 212.589.4278
rfeldstein@bakerlaw.com

October 7, 2024

**VIA ECF**

Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re: Gabrielli v. Insider, Inc. – 1:24-cv-01566 – Notice of Supplemental Authority*

Dear Judge Ramos:

We represent the Defendant in the above-referenced matter. On August 1, 2024, Defendant filed its Motion to Dismiss Plaintiff's First Amended Class Action Complaint. [ECF No. 23.] Plaintiff filed its Opposition to same on August 22, 2024 [ECF No. 29], and on August 29, 2024, Defendant filed its Reply [ECF No. 30.] Therefore, as of August 29, 2024, Defendant's Motion to Dismiss was fully briefed, and the Court had not schedule any oral argument.

On October 1, 2024, the Superior Court of California, County of Los Angeles, issued a tentative ruling in *Rodriguez v. Plivo, Inc., et al.*, Case No. 24STCV08972, which it ultimately entered as the final order on Defendant Plivo, Inc.'s demurrer. A true and correct copy of the Notice of Ruling, as well as the tentative order, is attached hereto as **Exhibit A**.

Defendant files this Notice of Supplemental Authority asking the Court to consider the order in *Rodriguez* because (1) it was issued after the briefing on Defendant's Motion to Dismiss was completed and (2) it dismisses the exact claim asserted by Plaintiffs against Defendant here.

Specifically, the court in *Rodriguez* found, among other things, that “Plaintiff’s IP address is not the type of information collected by pen registers.”

Respectfully submitted,

/s/ *Robyn M. Feldstein*

cc: Counsel for Plaintiff via ECF