**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN GABRIELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSIDER, INC.,<br><br>Defendant. | Case No. 1:24-CV-01566-ER<br><br>Hon. Edgardo Ramos |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Jonathan Gabrielli respectfully submits this Notice of Supplemental Authority regarding the pending Motion to Dismiss the First Amended Complaint. ECF Nos. 23-24, 29-30. Plaintiff brings to the Court's attention an October 21, 2024 Order by the Honorable Rita F. Lin of the Northern District of California in *Shah v. Fandom, Inc.*, Case No. 3:24-cv-1062, ECF No. 34 (N.D. Cal. Oct. 21, 2024). The *Shah* Order is attached hereto as **Exhibit 1**. The *Shah* Order is relevant to the Parties' respective arguments regarding whether Plaintiff has stated a claim for a violation of Cal. Penal Code § 638.51.

Dated: October 21, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Yitzchak Kopel*
Yitzchak Kopel

Yitzchak Kopel
Alec M. Leslie
Max S. Roberts
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

Email: ykopel@bursor.com
aleslie@bursor.com
mroberts@bursor.com

*Attorneys for Plaintiff*