UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JONATHAN GABRIELLI, individually and on behalf of all others similarly situated,

                        Plaintiff,

       -against-                                        24 **CIVIL** 1566 (ER)

                                                             **JUDGMENT**

INSIDER, INC.,

                        Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 18, 2025, Insider's motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      February 18, 2025

                                                            **TAMMI M. HELLWIG**

                                                              **Clerk of Court**

                                   **BY:**

                                                              **Deputy Clerk**